FILED
CLERK, U.S. DISTRICT COURT

JUN 21 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAVON LOVOWE RAMSEY, | ) | NO. ED CV 13-1073-PA(E) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, | ) | |
|     Respondent. | ) | |

Pursuant to the "Order re Letter to Court Clerk," this action is dismissed without prejudice.

DATED: June 21, 2013.

/s/ Percy Anderson
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE